# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| RONALD G. LOOMAN,<br><br>                      Petitioner,<br><br>vs.<br><br>WARDEN MIKE MAHONEY,<br><br>                      Respondent. | No. CV-10-56-BU-SEH<br><br>**ORDER** |

On November 17, 2010, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. On November 29, 2010, Plaintiff filed objections[2] to Judge Strong's Findings and Recommendation.

The Court has fully considered Plaintiff's motion and has reviewed *de novo* Judge Strong's Findings and Recommendation. See 28 U.S.C. § 636(b)(1). The Court has also fully considered each and all of the matters raised by Plaintiff in the objections filed on November 29, 2010. Upon *de novo* review of the record, I find

---

[1] Document No. 5

[2] Document No. 6

no error in Judge Strong's Findings and Recommendation. I further find no merit in the matters raised in the November 29, 2010 objections warranting modification of Judge Strong's Findings and Recommendation. I adopt the Findings and Recommendation in full.

ORDERED:

1. Plaintiff's Amended Petition for Writ of Habeas Corpus[3] is DISMISSED with prejudice because it is time-barred and procedurally barred.

2. Plaintiff's Motion for Extension of Time[4] is DENIED as moot.

3. The Clerk is directed to enter judgment accordingly.

4. A certificate of appealability is DENIED, as Plaintiff's petition is time-barred and procedurally barred.

DATED this 30th day of November, 2010.

*Sam E. Hadden*
SAM E. HADDON
United States District Judge

---

[3] Document No. 4

[4] Document No. 7